UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-33954 |
| STACIE GARY, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the motion of TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code are hereby modified to permit TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, to take possession of and sell a certain 2017 Toyota Venza motor vehicle, V.I.N. 4T3BA3BBXEU058710, as provided by Illinois law and statute;

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 31, 2019

**Prepared by:**

TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION
SERVICER FOR TOYOTA LEASE TRUST, its Successors
and/or Assigns