```
Label Matrix for local noticing          U. S. Bank National Association        U.S. BANK NATIONAL ASSOCIATION
0752-1                                    14841 Dallas Parkway                   14841 Dallas Parkway, Suite 300
Case 15-33954                             Dallas, TX 75254-7685                  Dallas, TX 75254-7883
Northern District of Illinois
Eastern Division
Wed Dec  4 11:17:22 CST 2019

U.S. BANK NATIONAL ASSOCIATION            U.S. Bankruptcy Court                  (p)SPRINGLEAF FINANCIAL SERVICES
14841 Dallas Parkway, Suite 425           Eastern Division                       P O BOX 3251
Dallas, TX 75254-8067                     219 S Dearborn                         EVANSVILLE IN 47731-3251
                                          7th Floor
                                          Chicago, IL 60604-1702

Bby/cbna                                  Capital One                            Capital One Bank (USA), N.A.
50 Northwest Point Road                   Attn: Bankruptcy                       PO Box 71083
Elk Grove Village, IL 60007-1032          Po Box 30285                           Charlotte, NC  28272-1083
                                          Salt Lake City, UT 84130-0285

Capital One, N.A.                         Citibank                               City Of Chicago Department of Finance
c o Becket and Lee LLP                    Citicorp Credt Srvs/Centralized Bankrupt c/o Arnold Scott Harris P.C.
POB 3001                                  Po Box 790040                          111 W Jackson Blvd Ste 600
Malvern, PA 19355-0701                    Saint Louis, MO 63179-0040             Chicago, IL 60604-3517

City of Chicago                           City of Evanston                       Comed
Dept of Revenue                           PObox 4007                             POBox 6111
PO Box 6330                               Carol Stream, IL 60197-4007            Carol Stream, IL 60197-6111
Chicago, IL 60680-6330

Comenity Bank/Victorias Secret            Comenity Bank/carsons                  Credit Union 1
Attn. Bankruptcy                          3100 Easton Square Pl                  450 E. 22nd Street, Suite 250
P.O. Box 182686                           Columbus, OH 43219-6232                Lombard, IL 60148-6176
Columbus, OH 43218-2686

EnerBank USA                              Enerbank Usa                           First Northern Credit Union c/o
1245 East Brickyard Road, Suite 600       1945 W Parnall Rd Ste 22               Walinski & Associates PC
Salt Lake City, UT 84106-2562             Jackson, MI 49201-8658                 221 N. LaSalle St., Suite 1000
                                                                                 Chicago, IL 60601-1320

First Northern Cu                         Great American Finance                 HSBC Bank USA, NA
230 W Monroe                              20 N Wacker Dr. Suite 2275             P.O. Box 2013
Chicago, IL 60606-4975                    Chicago, IL 60606-1294                 Buffalo, NY 14240-2013

Kohls/capone                              Lane Bryant Catalog/Comenity Bank      Midland Funding LLC
N56 W 17000 Ridgewood Dr                  Attn: Bankruptcy                       Midland Credit Management Inc, as agent
Menomonee Falls, WI 53051-7096            Po Box 182686                          PO Box 2011
                                          Columbus, OH 43218-2686                Warren, MI 48090-2011

Nicor gas                                 Porania LLC                            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
POBox 5407                                c/o Biltmore Asset Management          PO BOX 41067
Carol Stream, IL 60197-5407               24500 Center Ridge Rd Ste 472          NORFOLK VA 23541-1067
                                          Westlake, OH 44145-5605
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Syncb/tjx Cos<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/ Old Navy<br>Attention:  GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Credit Card (TC)<br>C/O Financial & Retail Services<br>Mailstop BT    P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U.S. Bank National Association<br>c/o<br>MRPierce, LLC, d/b/a McCalla Raymer Pier<br>Bankruptcy Department<br>1 N Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Us Bank Home Mortgage<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Stacie Gary<br>1834 Lemar Ave.<br>Evanston, IL 60201-3331 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Financial<br>Springleaf Financial/Attn: Bk Dept<br>Po Box 3251<br>Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>Successor to US Bank<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to Citibank, N.A. (BEST BUY)<br>POB 41067<br>Norfolk VA 23541 |
| (d)SPRINGLEAF FINANCIAL SERVICES, INC<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | Toyota Motor Credit<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage, a division<br>of U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Toyota Motor Credit Corporation        (u)U.S. BANK NATIONAL ASSOCIATION        (du)U.S. Bank National Association

End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52