UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Stacie Gary<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-33954<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

**ORDER MODIFYING THE PLAN POST CONFIRMATION AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY and MOTION TO SHORTEN NOTICE, the Court having jurisdiction and being advised in the premises, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The 2014 Toyota Venza financed through Toyota Motor Credit Corporation will be surrendered to Toyota Motor Credit Corporation post-confirmation and Toyota Motor Credit Corporation will be allowed an unsecured deficiency claim,

2. No payments will be made on the secured claim, and

3. Notice is shortened to 15 days.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 19, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600