B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___Northern___ District Of ___Illinois___

In re **Stacie Gary**                              Case No. **15-33954**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Jefferson Capital Systems, LLC** | **ENERBANK USA** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Jefferson Capital Systems, LLC**
**PO BOX 7999**
**Saint Cloud , MN 56302-9617**

Phone: **800-928-7314**
Last Four Digits of Acct #: **8168**

Court Claim # (if known): **27**
Amount of Claim: **$2,345.14**
Date Claim Filed: **2/20/2016**

Phone: **801-736-0320**
Last Four Digits of Acct #: **8168**

Name and Address where transferee payments should be sent (if different from above):
**Jefferson Capital Systems, LLC**
**PO BOX 772813**
**Chicago , IL 60677-2813**

Phone: **800-928-7314**
Last Four Digits of Acct #: **8168**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Debby Duncan (Bankruptcy Specialist)**        Date: **12/30/2019**
   Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT K**
**WAIVER OF NOTICE OF CLAIM**

EnerBank USA, ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from installment loans ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

ENERBANK
ENERBANKUSA
ENREBANK
ENTERBANK
ENTERBANKUSA

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 27th day of November, 2019.

Transferor: EnerBank USA

By: _____
Name: Robb Kerr
Title: EVP – Chief Credit Officer

33