NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Stacie Gary
1834 Lemar Ave.
Evanston, IL 60201
SSN: xxx−xx−1205 EIN: N.A.

Case No. : 15−33954
Chapter : 13
Judge : Donald R. Cassling

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : EnerBank USA

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to JEFFERSON CAPITAL SYSTEMS LLC of your claim in the above matter, designated Claim No. 27 . If no objections are filed by you on or before January 21, 2020 the Court shall substitute JEFFERSON CAPITAL SYSTEMS LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: December 30, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Stacie Gary  
    Debtor

Case No. 15-33954-DRC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: moneal                  Page 1 of 1                  Date Rcvd: Dec 30, 2019  
                        Form ID: ntcasclm            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
```
db             +Stacie Gary,    1834 Lemar Ave.,     Evanston, IL 60201-3331
24230732       +EnerBank USA,   1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
```
          Andrew J Nelson    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Dana N O'Brien    on behalf of Creditor    U.S. Bank National Association dana.obrien@mccalla.com,
           NDistrict@mccalla.com
          David H Cutler    on behalf of Debtor 1 Stacie  Gary cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rocio  Herrera    on behalf of Creditor    U.S. Bank National Association
           rherrera@noonanandlieberman.com, rherre6@gmail.com
          Terri M Long    on behalf of Creditor    Toyota Motor Credit Corporation tmlong@tmlong.com,
           Courts@tmlong.com
          Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
          Toni  Townsend    on behalf of Creditor    U.S. Bank National Association toni.townsend@mccalla.com,
           northerndistrict@mccalla.com
                                                                                             TOTAL: 8
```